SEPTEMBER 23, 1957

**No. 61225.**—Union Brokerage Co. et al. v. United States, protests 226931–K, etc.—Protests abandoned August 13, 1957. (Not published.) Plaintiffs' application for rehearing granted.

**No. 61226.**—F. C. Mackay v. United States, protest 234426–K.—Protest abandoned August 13, 1957. (Not published.) Plaintiff's application for rehearing granted.

**No. 61227.**—Charles H. Demarest, Inc. v. United States, protests 268688–K, etc.— Protests abandoned August 23, 1957. (Not published.) (Initial No. 191452–K.) Plaintiff's application for rehearing granted.